**\*E-FILED 05-05-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARTURO LOPEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>E TRADE BANK and DOES 2-20,<br><br>    Defendants.<br>_____/ | No. C10-01826 HRL<br><br>**ORDER RE DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

The parties are reminded that this case has been assigned to a magistrate judge. **No later than May 12, 2010**, each party shall file either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. *See* CIV. L.R. 73-1. The forms are available from the Clerk of the Court and on the court's website at www.cand.uscourts.gov.

SO ORDERED.

Dated:   May 5, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:10-cv-01826-HRL Notice has been electronically mailed to:

Natilee S Riedman    nsriedman@wolfewyman.com, mabernstine@wolfewyman.com

Stuart Bruce Wolfe    sbwolfe@wolfewyman.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:10-cv-01826-HRL Notice mailed to:

Arturo Lopez
115 W Hemlock Avenue
Sunnyvale, CA 94085

    Pro Se Plaintiff

**United States District Court**
For the Northern District of California