**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARTURO LOPEZ, | Case No.: 10-CV-01826-LHK |
| Plaintiff, | ORDER DISMISSING CASE WITH PREJUDICE |
| v. | |
| E TRADE BANK and DOES 2-10, | |
| Defendants. | |

On August 20, 2010, the Court granted Defendant E*Trade Bank's motion to dismiss the Complaint in this case. The Court granted leave to amend and ordered Plaintiff Arturo Lopez to file an amended complaint within 30 days of the Court's order. The Court stated that if Plaintiff failed to serve an amended complaint within 30 days, the Court would dismiss the action with prejudice. Over 50 days have passed since the Court's order, and Plaintiff has not filed an amended pleading. Accordingly, the case is dismissed with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 13, 2010

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01826-LHK
ORDER DISMISSING CASE WITH PREJUDICE