Stuart B. Wolfe (SBN 156471)
Natilee S. Riedman (SBN 257871)
nsriedman@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

Attorneys for Defendant
E*TRADE BANK (SUED AS "E TRADE BANK")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO LOPEZ, | Case No.: 5:10-cv-01826-LHK |
| Plaintiff, | Assigned to Hon. Lucy H. Koh |
| v. | [~~PROPOSED~~] ORDER EXPUNGING PLAINTIFF'S NOTICE OF PENDENCY OF ACTION (LIS PENDENS) |
| E TRADE BANK and DOES 2-10, | |
| Defendants. | |

The Court, having read and considered the moving papers filed in this matter, being fully advised, and good cause appearing, ORDERS as follows:

IT IS ORDERED that:

1. The request by defendant E*TRADE Bank for an order expunging the notice of pendency of action ("Lis Pendens") by Plaintiff ARTURO LOPEZ is granted on the basis that there is no further pending action and therefore the Lis Pendens is improper; and

2. The Lis Pendens is hereby expunged in its entirety.

**IT IS SO ORDERED.**

DATED: December 9, 2010

*Lucy H. Koh*
_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE

1

Case No.: 5:10-cv-01826-LHK
~~PROPOSED~~ ORDER EXPUNGING LIS PENDENS

W:\National City Bank (1264.002)\213 (Lopez)\Pleadings\Motion to Expunge\Lopez - Proposed Order Expunging Lis Pendens.doc